29 A.3d 367

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Jameen WARREN, Respondent.**

Supreme Court of Pennsylvania.

Sept. 12, 2011.

### *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of September, 2011, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and the matter **REMANDED**

618

to that court for proceedings consistent with *Commonwealth v. Jette*, 23 A.3d 1032 (Pa.2011).

Jurisdiction relinquished.